Charles A. Clark, Plaintiff in Error, v. John Wallace, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Duval county; Rhydon M. Call, Judge.

Bryan & Bryan for plaintiff in error.

Gibbons & Maxwell for defendant in error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. Judgment affirmed.

Decision *Per Curiam.*